**Order filed February 10, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00941-CV
_____

**EK & AC ENTERPRISES, INC., Appellant**

**V.**

**SHELLIE WHEELER, Appellee**

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1053195**

## O R D E R

The notice of appeal in this case was filed November 21, 2014. The clerk's record was due January 2, 2015. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record. Therefore, the court issues the following order.

Appellant is ordered to pay or make arrangements to pay for the clerk's record and provide this court with proof of payment on or before February 25,

2015. *See* Tex. R. App. P. 37.3(b). If appellant fails to timely provide this court with proof of payment in accordance with this order, the appeal will be dismissed.


PER CURIAM